DOUGLAS v. STATE. · (6 Div. 120.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Roger Snyder, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Defendant was convicted of robbery, and sentenced to 10 years' impris-

onment. The appeal is upon the record proper, without bill of exceptions, and the time for filing a bill of exceptions has expired. An examination of the record discloses no error. The proceedings appear to have been regular in every respect. There being no error apparent on the record, the judgment of the circuit court is affirmed.